IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JULIO ALEMAN                                                                              PLAINTIFF

VS.                                       NO. 2:16CV0039 JM

SUMMERS TRUCKING, INC.
and WILLIAM G. ALMAND,
in his capacity as Special
Administrator of the Estate of
REGINALD HALE                                                                         DEFENDANTS

**ORDER**

The Court has been advised that the parties have reached a settlement of this matter. Accordingly, this case is dismissed with prejudice. The Court will retain jurisdiction of this matter for thirty (30) days to allow the parties to complete the terms and provisions of the Settlement Agreement.

IT IS SO ORDERED this 12th day of March, 2018.

_____
James M. Moody Jr.
United States District Judge